# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN M. WRIGHT | : | |
| on behalf of herself and | : | CIVIL ACTION |
| all others similarly situated | : | |
| | : | NO. 09-3538 |
| v. | : | |
| | : | |
| PHELAN, HALLINAN & SCHMIEG, LLP | : | |

## ORDER

AND NOW, this 8th day of March, 2010, upon consideration of defendant's Motion to Dismiss and plaintiff's Response thereto, it is hereby ORDERED that:

1. Defendant's Motion to Dismiss (Doc. 4) is GRANTED;

2. Plaintiff's Motion for Extension of Time to Move for Class Certification (Doc. 7) is DENIED as moot;

3. Plaintiff's Complaint (Doc. 1) is DISMISSED; and

4. The Clerk shall mark the case as CLOSED.

BY THE COURT

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-3538 Wright v Phelan Hallinan & Schmieg\09-3538 Wright v Phelan Motion to Dismiss -- order.wpd